IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | No.1:20-CR-00012-1-MAC-ZJH |
| vs. | **ORDER** |
| DAVID NATHAN TAYLOR | |
| Defendant. | |

**ORDER**

Counsel for Defendant, David Nathan Taylor, filed an *ex parte* letter with the court asking for a "status update on the case." (Doc. No. 59.) Defense counsel is directed to the current Amended Pretrial Order (Doc. No. 58).

To the extent defense counsel has a discovery issue with the Government, counsel is directed to the Pretrial Discovery and Inspection Order (Doc. No. 39) and should follow the procedure contained within that order. If conversations with the Government have reached an impasse, counsel should file the appropriate motion.

Counsel is advised that the court is currently conducting hearings by video. To the extent counsel requests an "informal meeting" with the court, please contact the undersigned's chambers to set up a telephone conference call with the Government participating.

SIGNED this 8th day of May, 2020.

_____
Zack Hawthorn
United States Magistrate Judge